## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE: James R Routt II              )

                                     )    Case No.:  20-41310

                                     )

                Debtor(s)     )

## MOTION FOR POST-CONFIRMATION FEES

Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

_____X_____   Defense of Motions to Dismiss - $250
                      Date Response filed 6/10/2021
_____X_____   Motions to Suspend or Abate Payments - $250
                      Date Application/Motion filed 6/10/2021

The services indicated above having been completed, additional compensation is hereby requested in the amount of $500.00, and expenses in the amount of $0.00.
**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (10/2/2020) of the plan in this case.**

8/25/2021

                                          Respectfully submitted,
                                          W M Law

                                          /s/ G. Addam Fera
                                          G. Addam Fera, KS #21320, MO#51272
                                          15095 W 116th St.
                                          Olathe, KS 66062
                                          (913) 422-0909 / (913) 428-8549
                                          fera@wagonergroup.com
                                          ATTORNEY FOR DEBTOR(S)

## NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

## CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.
Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 6040 Prospect Kansas City, MO 64130
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                          /s/ G. Addam Fera

1